*E-FILED - 6/3/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DOUGLAS LOUTZENHISER,<br><br>    Petitioner,<br><br>  vs.<br><br>TOM L. CAREY, Warden,<br><br>    Respondent. | No. C 03-04786 RMW (PR)<br><br>ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY; GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL<br><br>(Docket No. 36) |

Petitioner has filed a request for a certificate of appealability under 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b).

Petitioner's request for a certificate of appealability (Docket No. 36) is DENIED because petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has not demonstrated that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

Based on the information in petitioner's affidavit in support of his application to proceed in forma pauperis on appeal, petitioner's request is GRANTED. However, this Court refers the assessment of an initial filing under 28 U.S.C. § 1915(b)(1) to the Court of Appeals.

The clerk shall forward to the Court of Appeals the case file with this order. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

DATED: 5/23/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Denying Motion for COA
G:\PRO-SE\SJ.Rmw\HC.03\Loutzenhiser786.deny-coa.HHH.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DOUGLAS LOUTZENHISER,<br><br>            Petitioner,<br><br>  v.<br><br>TOM L. CAREY, Warden,<br><br>            Respondent. | Case Number: CV03-04786 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  6/3/08 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Paul Douglas Loutzenhiser P-97763
California State Prison, Solano
CSP-Sol III 2-103U
P.O. Box 4000
Vacaville, CA 95696-4000

Dated: 6/3/08

/s/ JG
Richard W. Wieking, Clerk